MICHAEL BAILEY
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.duryee@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2020 NOV 24 P 4:39

CR20-02702 TUC-RM(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Garrett Eli Marsh,

    Defendant.

**I N D I C T M E N T**

Violations:
18 U.S.C. § 2252(a)(2) and (b)(1)
(Distribution of Child Pornography)
Count 1

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Knowing Access of Child Pornography)
Count 2

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)
Counts 3-5

**VICTIM CASE**

**THE GRAND JURY CHARGES:**

**COUNT 1**

**DISTRIBUTION OF CHILD PORNOGRAPHY**

On or about March 21, 2020, in the District of Arizona, GARRETT ELI MARSH, using any means and facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"Lolitas.house.Secret.30" and

"LolitasHouse - 02 - Arina(12y) & Nelia(11y)_(ScrtArea)".

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2

### KNOWING ACCESS OF CHILD PORNOGRAPHY

Beginning on a date unknown but including the time between March 21, 2020 and May 7, 2020, in the District of Arizona, GARRETT ELI MARSH did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, GARRETT ELI MARSH knowingly used an Asus laptop computer, serial number F3N0WUIRR09V117, and the Internet to access and view child pornography videos and images, including, but not limited to, the following files:

Photos- 000008_Carved.jpg.
Photos- 0000098_Carved.jpg

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 3

### POSSESSION OF CHILD PORNOGRAPHY

On or about May 7, 2020, in the District of Arizona, GARRETT ELI MARSH did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce;

that is, GARRETT ELI MARSH knowingly possessed a 16 GB Lexar brand USB Flash Drive which contained child pornography videos and images, including, but not limited to, the following files:

"Photos – 1485759713.jpg" and
"Photos – 1485803795.jpg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 4
## POSSESSION OF CHILD PORNOGRAPHY

On or about May 7, 2020, in the District of Arizona, GARRETT ELI MARSH did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, GARRETT ELI MARSH knowingly possessed a 32 GB Kootion brand USB Flash Drive which contained child pornography videos and images, including, but not limited to, the following files:

"_hr_img0028.jpg"
_hr_tiny_girls005.jpg and
"0yo-g-07-01"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

# COUNT 5

## POSSESSION OF CHILD PORNOGRAPHY

On or about May 7, 2020, in the District of Arizona, GARRETT ELI MARSH did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, GARRETT ELI MARSH knowingly possessed a 16 GB black USB Flash Drive bearing a defaced 'Geek Squad' logo which contained child pornography videos and images, including, but not limited to, the following files:

"[pthc] Falkovideo – Part 3 [22m 14s – HD … 2014 opva preteen loli 10yo 8yo 9yo 11yo 12yo kids pedo mom family (Falko/Yulia/Sarah/Katenka)"
"Photo - 11.jpg." and
"Photos – 0000187_Carved.jpg."

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: November 24, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

CARIN C. DURYEE
Assistant U.S. Attorney

*United States of America v. Garrett Marsh*
*Indictment Page 4 of 4*