**JON M. SANDS**
Federal Public Defender
**ELENA M. KAY**
State Bar No. 026391
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
elena_m_kay@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR20-2702-TUC-RM (DTF) |
|---|---|
| Plaintiff, | **NOTICE OF DEFENDANT'S DEATH** |
| vs. | |
| Garrett Eli Marsh, | |
| Defendant. | |

Undersigned counsel respectfully informs this court that defendant, Garrett Eli Marsh, recently passed away. Defense counsel understands a motion to dismiss is forthcoming.

RESPECTFULLY SUBMITTED this 26th day of October 2021.

JON M. SANDS
Federal Public Defender

*s/ Elena M. Kay*
ELENA M. KAY
Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Carin Duryee
Assistant United States Attorney

1